IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATAIN INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EAST COAST BUSINESS FIRE, INC. | : | NO. 17-2545 |

## ORDER

**NOW,** this 31st day of January, 2018, upon consideration of the plaintiff Atain Insurance Company's Motion for Judgment on the Pleadings (Document No. 17), the defendant's response, and the plaintiff's reply, it is **ORDERED** that the motion is **GRANTED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.