**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ATAIN INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **EAST COAST BUSINESS FIRE, INC.** | : | **NO.   17-2545** |

## <u>ORDER</u>

**NOW,** this 31st day of January, 2018, consistent with the Memorandum Opinion issued this date, **IT IS ORDERED** that **JUDGMENT** is entered in favor of the plaintiff, Atain Insurance Company, and against the defendant, East Coast Business Fire, Inc.

**IT IS FURTHER ORDERED** that the plaintiff, Atain Insurance Company, has no duty to defend or indemnify the defendant, East Coast Business Fire, in the action pending in the Common Pleas Court of Philadelphia County, Pennsylvania, captioned *Chen et al. v. East Coast Business Fire Inc.*, Case No. 170200017.

/s/ Timothy J. Savage_____
TIMOTHY J. SAVAGE, J.